LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Joseph Krieger*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH KRIEGER,<br><br>Defendant. | CASE NO.:   2:21-cr-190-ART-EJY-004<br><br>~~[PROPOSED]~~ ORDER TO RETURN JOSEPH KRIEGER'S PASSPORT. |

IT IS HEREBY ORDERED that the Unopposed Motion to Return Joseph Krieger's Passport (ECF No. 351) is GRANTED.

IT IS FURTHER ORDERED that the United States Pretrial Service Office for the District of Nevada return Joseph Krieger's passport.

Dated: APRIL 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE